**DISMISS and Opinion Filed March 21, 2023**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00988-CV

## IVERY CLARK WILLIAMS, Appellant
## V.
## JOHNNY R. JOHNSON, Appellee

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-00490-A**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Pedersen, III, and Justice Goldstein
Opinion by Chief Justice Burns

The Court questioned its jurisdiction over this appeal because there did not appear to be a final judgment or appealable interlocutory order. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (generally appellate courts have jurisdiction over final judgments and certain interlocutory orders as permitted by statute); *see also* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a) (listing appealable interlocutory orders). We directed appellant to file a letter brief addressing the jurisdictional issue and cautioned him that failure to do so may

result in dismissal of the appeal without further notice. As of today's date, appellant has not filed a response and the time to do so has passed.

Appellant sued appellee for alleged negligence arising from a car accident with appellee. Appellee asserted a counterclaim for negligence. Appellant appeals from the trial court's summary judgment that he take nothing on his claims against appellee. The summary judgment, however, did not dispose of appellee's counterclaim. Because nothing in the record before this Court shows the counterclaim has been resolved by the trial court, there is no final judgment and this Court lacks jurisdiction over the appeal. *See Lehmann v. Har–Con Corp.*, 39 S.W.3d at 195. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

220988F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IVERY CLARK WILLIAMS,
Appellant

No. 05-22-00988-CV       V.

JOHNNY R. JOHNSON, Appellee

On Appeal from the County Court at
Law No. 1, Dallas County, Texas
Trial Court Cause No. CC-21-00490-
A.
Opinion delivered by Chief Justice
Burns. Justices Pedersen, III and
Goldstein participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered March 21, 2023